In the Matter of the Estate of John H. Hasselbrook, Deceased. John H. Dreyer, Appellant; Charles A. Hasselbrook, as Administrator with the Will Annexed of John H. Hasselbrook, Deceased, Respondent.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application for the Revocation of Letters of Administration Heretofore Granted to Richard J. Neidnig, Appellant, upon the Goods, Chattels and Credits of Andrew Neidnig, Deceased. Sophia C. Neidnig and Others, Respondents.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Melvina A. Jones, Respondent, v. Michael O'Donaghue, as Administrator, etc., of Bridget O'Donaghue, Deceased, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present— Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

David A. Karelsen, Respondent, v. Pease & Elliman, a Corporation, Appellant.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor, Burr and Miller, JJ.

Daniel Kill, Respondent, v. Patrick Cheevers, Appellant.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that it is not established by a preponderance of the evidence that the injury to the boat complained of was occasioned by improper loading. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Gittle Kurtz and Others, Respondents, v. Nicholas Hilger, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the judgment is not sustained by the evidence. Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.